```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```



ANGELO CAPALBO,

        Petitioner,

-versus-

UNITED STATES OF AMERICA,

        Respondent.

20-cv-1860
02-cr-1237

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are directed to inform the Court by letter no later than April 10, 2020 of the status of Mr. Capalbo's motion under 28 U.S.C. § 2255.

**SO ORDERED.**

Dated:  March 11, 2020
        New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge