UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│                                 │
│  UNITED STATES OF AMERICA,       │
│                                 │
│           -versus-               │
│                                 │
│  ANGELO CAPALBO,                 │
│                                 │
│              Defendant.          │
│                                 │
└─────────────────────────────────┘
```

02 Cr. 1237

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

Counsel for the parties shall appear telephonically for a resentencing consistent with United States v. Davis, 139 S. Ct. 2319 (2019), on May 6, 2020 at 10:00 a.m., by calling (888) 363-4734, access code: 4645450.  The Probation Office shall prepare an expedited supplemental pre-sentencing report for Mr. Capalbo.

SO ORDERED.

Dated:  March 30, 2020
        New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge