```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------

| ANGELO CAPALBO, | |
|---|---|
| Petitioner, | |
| -against- | 16-CV-5029 (LAP)<br>02-CR-1237 (LAP) |
| UNITED STATES OF AMERICA, | |
| Respondent. | ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    In light of the Court's resentencing of Mr. Capalbo pursuant to his motion arising out of <u>United States v. Davis</u> (dkt. no. 481 in 02-CR-1237), the Clerk of the Court shall mark this companion civil case closed and all pending motions denied as moot.

<u>SO ORDERED.</u>

Dated:   September 30, 2020
          New York, New York

 

_____
LORETTA A. PRESKA, U.S.D.J.